### SHIFLETT *v.* CITY OF CEDARTOWN.

LITTLE, J. The instructions excepted to were, in the main, correct statements of well-settled rules of law, and, if in any respect inaccurate, embraced no error which could have operated to the prejudice of the losing party. The requests to charge were, so far as legal and pertinent, covered by the general charge; and the verdict was supported by the evidence. It does not appear that there was any abuse of discretion in denying a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued November 11,—Decided December 11, 1901.

Action for damages. Before Judge Janes. Polk superior court. June 12, 1901.

*Fielder & Mundy,* for plaintiff. *Sanders & Davis,* for defendant.